UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for :  American Honda Finance Corporation dba Acura Financial Services, administrator for Honda Lease Trust
Our File No.:  46582      JM-5630

In Re:

Anthony Francis Coady
Patricia Ann Coady

Order Filed on July 17, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:      18-19952

Hearing Date:   7-17-2018

Judge:         JNP

Chapter:        7

Recommended Local Form:   ☑ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 17, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of __American Honda Finance Corp. dba AFS, admin. for HLT__, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏   Real property more fully described as:

☑   Personal property more fully described as:

   2017 Honda Civic
   Vehicle Identification Number
   2HGFC2F51HH534763

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-19952-JNP
Anthony Francis Coady                                                           Chapter 7
Patricia Ann Coady
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Jul 17, 2018
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.
db/jdb         +Anthony Francis Coady,   Patricia Ann Coady,   109 Woodpecker Road,
                 Egg Harbor Township, NJ 08234-1728
aty            +Andrew L. Miller,   Law Office of Andrew L. Miller,   1550 New Road,   Suite A,
                 Northfield, NJ 08225-1100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2018 at the address(es) listed below:
              Brian    Thomas    brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation d/b/a Acura
               Financial Services, administrator for Honda Lease Trust ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Christiana Trust, a division of Wilmington
               Savings Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf
               of RBSHD 2013-1 Trust kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4