UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Anthony Francis Coady, Patricia Ann Coady

Case No.: 18-19952
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, _____Chapter 7 Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable _____Jerrold N. Poslusny, Jr._____ on _____09/18/18_____ at _____10_____ a.m. at the United States Bankruptcy Court, Courtroom no. _____4C_____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
109 Woodpecker Road
Egg Harbor Township, NJ
Value $138,840.00

Liens on property:
Specialized Loan Servicing
$335,744.00

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-19952-JNP
Anthony Francis Coady                                                 Chapter 7
Patricia Ann Coady
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Aug 14, 2018
                              Form ID: pdf905          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2018.
```
db/jdb       +Anthony Francis Coady,    Patricia Ann Coady,    109 Woodpecker Road,
              Egg Harbor Township, NJ 08234-1728
aty          +Andrew L. Miller,    Law Office of Andrew L. Miller,    1550 New Road,   Suite A,
              Northfield, NJ 08225-1100
cr           +American Honda Finance Corporation d/b/a Acura Fin,    P.O. Box 168088,    Irving, TX 75016-8088
517533243     AIM Egg Harbor,   PO Box 786061,    Philadelphia, PA 19178-6061
517533244     APEX Asset Management, LLC,    PO Box 5407,    Lancaster, PA 17606-5407
517533245    +APG Cardiology,    318 S. Chris Gaupp Drive,    Absecon, NJ 08205-4460
517533246    +APG Cardiology Group,    318 S. Chris Gaupp Drive,    Absecon, NJ 08205-4460
517533247     APG Neurology,   PO Box 786061,    Philadelphia, PA 19178-6061
517533248     APG Pathology,   PO Box 786061,    Philadelphia, PA 19178-6061
517533249     ARMC Clinic,   PO Box 78607,    Philadelphia, PA 19178-6071
517533250     ARMC Specialty Clinic,    PO Box 786071,    Philadelphia, PA 19178-6071
517533261     AtlantiCare Physicians Group,    PO Box 786061,    Philadelphia, PA 19178-6061
517533253    +Atlantic City Medical Center Anesthesia,    65 E Jimmie Leeds Rd,    Absecon, NJ 08205-9705
517533254    +Atlantic County Sheriff’s Office,    4997 Unami Blvd.,    Mays Landing, NJ 08330-2017
517533256    +Atlantic Medical Imaging,    ATTY: Rickart Collections Systems,    PO Box 7242,
              North Brunswick, NJ 08902-7242
517533257    +Atlantic Medical Imaging,    PO Box 1564,    Indianapolis, IN 46206-1564
517533255   #+Atlantic Medical Imaging,    Tilton Square Office Bldg.,    3100 Hingston Avenue,   Suite 102,
              Egg Harbor Township, NJ 08234-4409
517533258     Atlanticare Medical Center Clinic,    PO Box 786071,    Philadelphia, PA 19178-6071
517533259     Atlanticare Medical Center Clinic,    Jimmie Leeds Road,    Pomona, NJ 08240
517533260     Atlanticare OCC Health EHT,    PO Box 786061,    Philadelphia, PA 19178-6061
517636527    +Christiana Trust, a division of,    Wilmington Savings Fund Society, FSB,
              Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
517533265    +IC System, Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
517533264    +IC System, Inc.,    PO Box 64437,    Saint Paul, MN 55164-0437
517533266     Lourdes Cardiology Services,    PO Box 824699,    Philadelphia, PA 19182-4699
517533267    +McCalla, Raymer, Leibert, Pierce, LLC,    99 Wood Avenue South,    Suite 803,
              Iselin, NJ 08830-2713
517533268     Mission Health - FQ IM,    PO Box 786066,    Philadelphia, PA 19178-6066
517533269    +NJM Insurance,    301 Sullivan Way,    Trenton, NJ 08628-3406
517533270    +Rick Collection Services,    PO Box 7242,    North Brunswick, NJ 08902-7242
517533271    +Schlee & Stillman,    50 Tower Office Park,    Woburn, MA 01801-2113
517533272    +Specialized Loan Servicing,    8742 Lucent Boulevard,    Suite 300,
              Highlands Ranch, CO 80129-2386
517533273    +Stillman Law OfFfice,    50 Tower Office Park,    Woburn, MA 01801-2113
517533274    ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
             (address filed with court: T-mobile,    Bankruptcy Team,    PO Box 53410,
              Bellevue, WA 98015-3410)
517533276     Urgent Care Egg Harbor,    PO Box 786061,    Philadelphia, PA 19178-6061
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 14 2018 23:43:49     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 14 2018 23:43:46     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517533263     E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 14 2018 23:44:00     Honda Financial Services,
              PO Box 7829,   Philadelphia, PA 19101-7829
517533251     E-mail/Text: g17768@att.com Aug 14 2018 23:42:43     AT&T,   P.O. Box 5083,
              Carol Stream, IL 60197-5083
517533252     E-mail/Text: g20956@att.com Aug 14 2018 23:44:21     AT&T Mobility,   PO Box 537104,
              Atlanta, GA 30353-7104
517533262     E-mail/Text: bankruptcynotices@dcicollect.com Aug 14 2018 23:44:20
              Diversified Consultants, Inc.,    PO Box 551268,   Jacksonville, FL 32255-1268
517536135    +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2018 23:47:43     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517533275*   ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
             (address filed with court: T. Mobile,    Customer Relations,   Po Box 37380,
              Albuquerque, NM 87167)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Aug 14, 2018
                               Form ID: pdf905          Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
              Brian    Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian    Thomas    brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation d/b/a Acura
               Financial Services, administrator for Honda Lease Trust ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Christiana Trust, a division of Wilmington
               Savings Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf
               of RBSHD 2013-1 Trust kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5