**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Anthony Francis Coady | Social Security number or ITIN  xxx–xx–6885 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Patricia Ann Coady | Social Security number or ITIN  xxx–xx–4732 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    18-19952-JNP

# Order of Discharge                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Anthony Francis Coady                                                    Patricia Ann Coady

8/17/18                                                   **By the court:**    Jerrold N. Poslusny Jr.
                                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                United States Bankruptcy Court
                                     District of New Jersey

In re:                                                                      Case No. 18-19952-JNP
Anthony Francis Coady                                                       Chapter 7
Patricia Ann Coady
       Debtors                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                Page 1 of 2            Date Rcvd: Aug 17, 2018
                              Form ID: 318               Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
db/jdb         +Anthony Francis Coady,   Patricia Ann Coady,   109 Woodpecker Road,
                 Egg Harbor Township, NJ 08234-1728
aty            +Andrew L. Miller,   Law Office of Andrew L. Miller,   1550 New Road,   Suite A,
                 Northfield, NJ 08225-1100
cr             +American Honda Finance Corporation d/b/a Acura Fin,   P.O. Box 168088,   Irving, TX 75016-8088
517533243       AIM Egg Harbor,   PO Box 786061,   Philadelphia, PA 19178-6061
517533244       APEX Asset Management, LLC,   PO Box 5407,   Lancaster, PA 17606-5407
517533245      +APG Cardiology,   318 S. Chris Gaupp Drive,   Absecon, NJ 08205-4460
517533246      +APG Cardiology Group,   318 S. Chris Gaupp Drive,   Absecon, NJ 08205-4460
517533247       APG Neurology,   PO Box 786061,   Philadelphia, PA 19178-6061
517533248       APG Pathology,   PO Box 786061,   Philadelphia, PA 19178-6061
517533249       ARMC Clinic,   PO Box 78607,   Philadelphia, PA 19178-6071
517533250       ARMC Specialty Clinic,   PO Box 786071,   Philadelphia, PA 19178-6071
517533261       AtlantiCare Physicians Group,   PO Box 786061,   Philadelphia, PA 19178-6061
517533253      +Atlantic City Medical Center Anesthesia,   65 E Jimmie Leeds Rd,   Absecon, NJ 08205-9705
517533254      +Atlantic County Sheriff's Office,   4997 Unami Blvd.,   Mays Landing, NJ 08330-2017
517533257      +Atlantic Medical Imaging,   PO Box 1564,   Indianapolis, IN 46206-1564
517533256      +Atlantic Medical Imaging,   ATTY: Rickart Collections Systems,   PO Box 7242,
                 North Brunswick, NJ 08902-7242
517533255     #+Atlantic Medical Imaging,   Tilton Square Office Bldg.,   3100 Hingston Avenue,   Suite 102,
                 Egg Harbor Township, NJ 08234-4409
517533258       Atlanticare Medical Center Clinic,   PO Box 786071,   Philadelphia, PA 19178-6071
517533259       Atlanticare Medical Center Clinic,   Jimmie Leeds Road,   Pomona, NJ 08240
517533260       Atlanticare OCC Health EHT,   PO Box 786061,   Philadelphia, PA 19178-6061
517636527      +Christiana Trust, a division of,   Wilmington Savings Fund Society, FSB,
                 Kevin G. McDonald, Esquire,   216 Haddon Avenue, Ste. 406,   Westmont, NJ 08108-2812
517533266       Lourdes Cardiology Services,   PO Box 824699,   Philadelphia, PA 19182-4699
517533267      +McCalla, Raymer, Leibert, Pierce, LLC,   99 Wood Avenue South,   Suite 803,
                 Iselin, NJ 08830-2713
517533268       Mission Health - FQ IM,   PO Box 786066,   Philadelphia, PA 19178-6066
517533269      +NJM Insurance,   301 Sullivan Way,   Trenton, NJ 08628-3406
517533270      +Rick Collection Services,   PO Box 7242,   North Brunswick, NJ 08902-7242
517533271      +Schlee & Stillman,   50 Tower Office Park,   Woburn, MA 01801-2113
517533272      +Specialized Loan Servicing,   8742 Lucent Boulevard,   Suite 300,
                 Highlands Ranch, CO 80129-2386
517533273      +Stillman Law OfFfice,   50 Tower Office Park,   Woburn, MA 01801-2113
517533276       Urgent Care Egg Harbor,   PO Box 786061,   Philadelphia, PA 19178-6061

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QBTHOMAS.COM Aug 18 2018 02:23:00     Brian Thomas,   Brian Thomas, Esq,
                 327 Central Avenue,   Suite 103,   Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2018 22:28:51     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2018 22:28:50     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517533263       EDI: HNDA.COM Aug 18 2018 02:23:00     Honda Financial Services,   PO Box 7829,
                 Philadelphia, PA 19101-7829
517533251       EDI: ATTWIREBK.COM Aug 18 2018 02:23:00     AT&T,   P.O. Box 5083,
                 Carol Stream, IL 60197-5083
517533252       EDI: CINGMIDLAND.COM Aug 18 2018 02:23:00     AT&T Mobility,   PO Box 537104,
                 Atlanta, GA 30353-7104
517533262       EDI: DCI.COM Aug 18 2018 02:23:00     Diversified Consultants, Inc.,   PO Box 551268,
                 Jacksonville, FL 32255-1268
517533265      +EDI: IIC9.COM Aug 18 2018 02:23:00     IC System, Inc.,   PO Box 64378,
                 Saint Paul, MN 55164-0378
517533264      +EDI: IIC9.COM Aug 18 2018 02:23:00     IC System, Inc.,   PO Box 64437,
                 Saint Paul, MN 55164-0437
517536135      +EDI: RMSC.COM Aug 18 2018 02:23:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517533274       EDI: AISTMBL.COM Aug 18 2018 02:23:00     T-mobile,   Bankruptcy Team,   PO Box 53410,
                 Bellevue, WA 98015-3410
517533275       EDI: AISTMBL.COM Aug 18 2018 02:23:00     T. Mobile,   Customer Relations,   Po Box 37380,
                 Albuquerque, NM 87167
                                                                                               TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Aug 17, 2018
                               Form ID: 318             Total Noticed: 42

aty*           +Brian Thomas,    Brian Thomas, Esq,   327 Central Avenue,   Suite 103,   Linwood, NJ 08221-2026
                                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2018 at the address(es) listed below:
```
              Brian    Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation d/b/a Acura
               Financial Services, administrator for Honda Lease Trust ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Christiana Trust, a division of Wilmington
               Savings Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf
               of RBSHD 2013-1 Trust kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```